
4-19

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

VASTOLA, FACKELMAN, SULLIVAN & SPENGLER
John J. Sullivan, Jr., Esq.
495 Union Avenue, 2nd Floor
Middlesex, New Jersey 08846
732-560-0888 / jsullivan@vfesqs.com
Attorney for Suburban Title Examiners, Inc.

---

ARKADIUZ MINKLEIN,

 Plaintiff,

v.

BANK OF AMERICA, N.A. and
SUBURBAN TITLE EXAMINERS, INC.,

 Defendants.

CIVIL ACTION NO.: 10-0810 (WJM)

APPLICATION FOR AN EXTENSION
OF TIME TO ANSWER, MOVE OR
OTHERWISE REPLY

---

Application is hereby made for a Clerk's Order extending time within which Defendant(s), Suburban Title Examiners, Inc., may answer, move or otherwise reply to the complaint filed by Plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on April 5, 2010; and

3. Time to Answer, Move or otherwise Reply expires on April 26, 2010.

      Vastola, Fackelman, Sullivan & Spengler

      By: _____
      John J. Sullivan, Jr., Esq.
      495 Union Avenue
      Middlesex, New Jersey 08846

## ORDER

The above application is ORDERED GRANTED extended to May 11, 2010.

ORDER DATE: 4-23-10      By: **WILLIAM T. WALSH**
               William T. Walsh, ~~Deputy~~ Clerk

               _Shuree Raimo_
               Deputy Clerk