Law Office of Shmuel Klein, PC
Attorney for Plaintiff
113 Cedarhill Ave.
Mahwah, NJ 07430
(201) 529-3411

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
_____x
Arkadiuz Minklein
        Plaintiff,

                                                                             Case No. 10-0810

        vs
Bank of America, N.A.
Suburban Title Examiners, Inc.
_____Defendant,_____x

                                                 **Stipulation of Dismissal with**
                                                 **Prejudice as to Defendant**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff and Defendant Suburban Title Examiners, Inc. in the above-captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above entitled action and all claims, counterclaims, and/or cross claims that were or could have been made herein are hereby dismissed as against Defendant Suburban Title Examiners, Inc. with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii), in all forums, without costs to any party as against any other, and with each party bearing its own legal costs and expenses. Plaintiff, for himself, his heirs, agents, and assigns hereby releases, acquits and forever discharges defendant and its predecessors, successors, officers, directors, shareholders, agents, parents, subsidiaries, affiliates, related companies, partners, attorneys, and employees, none of whom admit any liability, but all of whom expressly deny any liability, from any and all claims, actions, causes of action (whether arising in contract, tort, by statute or otherwise), demands, promises, agreements, judgments, liens, suits, rights, losses, defenses, expenses (including attorneys fees), debts, liabilities, rights, damages, costs, and expenses that

-2-

were brought or could have been brought in the this action and/or regarding the loan at issue in this action."

**IT IS HEREBY FURTHER AGREED**, that the Court will retain jurisdiction of this matter to effectuate the settlement between the parties and this stipulation may be filed, without further notice, with the Court and may be executed by facsimile.

Dated: July 27, 2010

| Law Office of Shmuel Klein, PC | Vastola, Fackelman & Sullivan |
|---|---|
| By: /s/Shmuel Klein<br>Shmuel Klein<br>Law Office of Shmuel Klein, PC<br>113 Cedarhill Ave.<br>Mahwah, NJ 07430<br>(845) 425-2510<br>(845) 425-7362<br>Attorney for Plaintiff | By: /s/ John J. Sullivan<br>John J. Sullivan, Jr.<br>Vastola, Fackelman & Sullivan<br>495 Union Avenue<br>Middlesex, NJ 08846<br>(732) 560-0888<br>Fax: (732) 560-1207<br>Attorney for Defendant |
| Dated: July 27, 2010 | Dated: July 29, 2010 |

SO ORDERED:

_/s/_____
Judge William J. Martini