					UNITED STATES DISTRICT COURT
					   DISTRICT OF NEW JERSEY


------------------------------------
ARKADUIZ MINKLEIN,					CIVIL NO. 10-0810WJM

		Plaintiff,
v.									**ORDER OF DISMISSAL**

PERROTTA, FRAZER & FORRESTER, LLC.,

		Defendant.
------------------------------------

	It appearing that the above captioned action having been pending for more than 120 days and plaintiff having failed to effect service during this time and the Court having noticed plaintiff of dismissal pursuant to F.R. of Civ. P. 4m and good cause having not been shown as to why this action should not be dismissed as to the remaining defendant, Perrotta, Frazer & Forrester, LLC.,

	It is on this 7th day of March, 2011

	**ORDERED** that the above captioned action be and is hereby dismissed pursuant to Rule 4m, as to defendant Perrotta, Frazer & Forrester, LLC.


					S/William J. Martini
					_____
					WILLIAM J. MARTINI, U.S.D.J.